PER CURIAM.
Affirmed. See Mack v. State, 238 So. 3d 765 (Fla. 2d DCA 2017) (table decision); Mack v. State, 197 So. 3d 1241 (Fla. 2d DCA 2016) (table decision); Mack v. State, 182 So. 3d 649 (Fla. 2d DCA 2015) (table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000) ; Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).
SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.